UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
IN RE:

Regina S. Huntington,

DEBTOR.

CASE NO.: 09-12178 rel

Chapter: 13

JUDGE: ROBERT E. LITTLEFIELD, JR.
-------------------------------------------------------X

## EX-PARTE ORDER GRANTING
## RELIEF FROM THE AUTOMATIC STAY

Upon the entry of U.S. Bank N. A. (the "Movant"), through its attorneys, Rosicki, Rosicki & Associates, P.C., for relief from the automatic stay, and

On or about November 5, 2009 an Order Confirming Debtor's Plan was signed by the Honorable Robert E. Littlefield, Jr. (the "Confirmation Order"), and

The Confirmation Order providing at paragraph 5(b) that the debtor intends to surrender the premises to Movant and that Movant may submit an Ex-Parte Order lifting the Automatic Stay, it is hereby

**ORDERED** that the automatic stay instituted upon filing of the within bankruptcy case is hereby terminated pursuant to 11 U.S.C. §362(d) (1) as to Movant and it's successors and/or assigns' lien interest in the property known as 12 Crestwood Court, Albany, NY 12208, and it is further,

**ORDERED** that the Movant shall immediately provide an accounting to the Trustee of any surplus monies realized, and it is further

**ORDERED** that the stay invoked pursuant to F.R.B.P. 4001 (a) (3) is waived and this order is effective upon the signing of this order.

Dated: NOV 1 3 2009, 2009
Albany, New York

Hon. Robert E. Littlefield, Jr.
United States Bankruptcy Judge

RECEIVED & FILED

NOV 1 3 2009

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY